IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBORAH M. MARSON,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   14-cv-833-wmc

PARKER HANNIFIN CORP.,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 7/28/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |